■ Rose L. Short, Respondent, v William F. Short et al., Appellants. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same memorandum as in *Short v Short* ([appeal No. 1] 142 AD2d 947 [decided herewith]). (Appeal from judgment of Supreme Court, Allegany County, Feeman, J.—breach of implied contract.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.